UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | CIVIL MINUTES - GENERAL | | JS-6 |
|---|---|---|---|
| Case No. | CV 19-10154 PSG (ASx) | Date | February 19, 2020 |
| Title | Daniel Martinez v. Ford Motor Company, et al. | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Wendy Hernandez | | Not Reported |
| Deputy Clerk | | Court Reporter |
| Attorneys Present for Plaintiff(s): | | Attorneys Present for Defendant(s): |
| Not Present | | Not Present |

**Proceedings (In Chambers):** Order GRANTING Plaintiff's unopposed motion to remand.

Before the Court is Plaintiff Daniel Martinez's ("Plaintiff") motion to remand. *See* Dkt. # 13 ("*Mot.*"). Defendant Ford Motor Company ("Defendant") has not filed an opposition. The Court finds this matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78(b); L.R. 7-15. After considering the moving papers, the Court **GRANTS** the unopposed motion.

Plaintiff's motion was set for a hearing on March 9, 2020. This Court's Local Rules require opposition briefs to be filed no later than twenty-one days before the hearing date. *See* L.R. 7-9. Accordingly, because Monday, February 17, 2020 was a holiday, Defendant's opposition was due no later than February 14, 2020. *See* Standing Order ¶ 5(a) ("Opposition or reply papers due on a holiday must be filed the preceding Friday"). That date has passed without an opposition from Defendant. Pursuant to Local Rule 7-12, the Court deems Defendant's failure to file a timely opposition as consent to granting the motion.

Accordingly, Plaintiff's motion is **GRANTED**. The case is **REMANDED** to Kern County Superior Court, case number BCV-19-101885.

**IT IS SO ORDERED**.